IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH A. SGRO,                           )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )         Civil No. 04-1415
                                           )
UNITED STATES,                             )         Hon. Gary L. Lancaster
                                           )
            Defendant & Third- party       )
            Plaintiff,                      )
                                           )
        v.                                 )
                                           )
KURT A. SANDERS,                           )
JOSEPHINE M. SANDERS,                      )
                                           )
            Third-party Defendants.        )
                                           )

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Having considered the United States of America's motion for default judgment

on its Third-Party Complaint, together with the memorandum of law in support

thereof, and having further considered any opposition, the Court concludes that the

motion should be granted.  Accordingly, it is this _18th_ day of _Sept_, 2006,

ORDERED AND ADJUDGED as follows:

1.      The United States' motion for default judgment is granted.

2.      The Clerk is ordered to enter judgment in favor of the United States and

against third-party defendant Kurt A. Sanders in the amount of $128,817.58, plus

statutory interest under 26 U.S.C. §§ 6602, 6621 accruing on that amount from

September 1, 2006 until paid.

     3.     The Clerk is ordered to enter judgment in favor of the United States and

against third-party defendant Josephine M. Sanders in the amount of $137,088.62, plus

statutory interest under 26 U.S.C. §§ 6602, 6621 accruing on that amount from

September 1, 2006 until paid.

     3.     The Clerk shall distribute conformed copies of this order to the parties

listed below.

The Clerk shall enter judgment in accordance with the above.

 

 

UNITED STATES DISTRICT JUDGE

COPIES TO:

Beatriz T. Saiz,
Joshua D. Smeltzer
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

Ralph Minto, Jr.,
Brian Kahle,
Ralph Minto, Jr. & Associates
Suite 5686 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

1672748.1

Samuel J. Reich
Reich, Alexander, Reisinger & Farrell, LLC
1000 Koppers Building
Pittsburgh, PA 15219

Kurt A. Sanders
731 Stonegate Drive
Oakdale, Pennsylvania 15071

Josephine M. Sanders
731 Stonegate Drive
Oakdale, Pennsylvania 15071

1672748.1