IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH A. SGRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 04-1415 |
| | ) | |
| UNITED STATES, | ) | Hon. Gary L. Lancaster |
| | ) | |
| Defendant & Third- party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KURT A. SANDERS, JOSEPHINE M. SANDERS, | ) | |
| | ) | |
| Third-party Defendants. | ) | |

## ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT

Having considered the United States of America's motion for entry of judgment on its counterclaim, the Court concludes that the motion should be granted. Accordingly, it is this 6th day of Dec, 2006, ORDERED AND ADJUDGED as follows:

1. The United States' motion for entry of judgment is granted.

2. The Clerk is ordered to enter judgment in favor of the United States and against plaintiff Deborah A. Sgro in the amount of $131,391.79, plus statutory interest under 26 U.S.C. §§ 6602, 6621 accruing on that amount from December 1, 2006 until paid.

2066648.1

3.  The Clerk shall distribute conformed copies of this order to the parties listed below.

The Clerk shall enter judgment in accordance with the above.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

Beatriz T. Saiz,
Joshua D. Smeltzer
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

Ralph Minto, Jr.,
Brian Kahle,
Ralph Minto, Jr. & Associates
Suite 5686 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Samuel J. Reich
Reich, Alexander, Reisinger & Farrell, LLC
1000 Koppers Building
Pittsburgh, PA 15219

Kurt A. Sanders
731 Stonegate Drive
Oakdale, Pennsylvania 15071

Josephine M. Sanders
731 Stonegate Drive
Oakdale, Pennsylvania 15071